# ATTACHMENT 1

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

**FILED**

**10/14/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## IN THE UNITED STATES DISTRICT COURT

FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Danny Flores  # 83824-083__

vs

(Full name of defendant(s))

__Mr. T.J. Watson - Complex Warden__

__Mr. William E.  Wilson, MD. - Doctor at Terre Haute U.S.P.__

Case Number:

__2:21-cv-00385-JPH-DLP__

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of __Indiana__, and is located at
(State)

__P.O. Box 33, Terre Haute, Indiana, 47808__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant __(Both) T.J. Watson and William E. Wilson__

(Name)

is (if a person or private corporation) a citizen of __(Both)    Indiana__

(State, if known)

and (if a person) resides at __(residential address is unknown)__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Terre Haute U.S.P., 4700 Bureau Road South, Terre Haute, In.__ 47802

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

I, Plainiff Danny Flores am presently a Federal prisoner, confined in the Terre Haute, Indiana United States Penitentiary.

On or about June 2, 2019 I was taken from this Terre Haute, Indiana Federal Prison to the Union Hospital Emergency Room, at 1606 North 7th. Street, in Terre Haute, Indiana, as ordered by the prison Doctor Mr. William E. Wilson Md., because I had suffered and was continuing to suffer from some type of Stroke or Seizure during my sleep in my cell, that had caused the right -side of my face, my right -eye, and the right side of my mouth to "droop", and left my

Attachment One (Complaint) – 2

entire left-side of my body numb.  I felt increasing weakness of my legs, arms and hands and severe ongoing migraine headaches and nausea, that caused me to repeatedly vomit.  I could not eat food, or chew food because the side of my mouth just drooped.

While I was at the Union Hospital at that time, an M.R.I. Scan of my head and brain was performed, wherein a 1.3 Ct. Mass Tumor was discovered on the left Orbit of my head or brain and Bell's Palsy.

Upon my release from that Union Hospital, the Hospital's Treating physician there at that Hospital, formally ordered for me for me to be taken back to that Union Hospital every 6-months, to be medically examined by the Union Hospitl's Surgery Specialist Doctors there concerning the probable surgical removal of that Tumor.

However, the Defendants T.J. Watson-Warden and William E. Wilson-M.D., have diliberately failed or refused to take me back to the Union Hospital for the follow-up medical examination by the Hospital,s Surgery Specialist for probable surgical intervention of this serious medical need, without adequate reason other than to eliminate or reduce cost.  See: Att. App. B(1)-thru-B(6)

My Administrative remedies (Grievances) in this matter have been duly exhausted, which exhaustion would toll any time limitations. See: Att. App. A(1)-thru-A(16)

This stated Mass Tumor on the side of my brain, has now grown in size, increasing from 1.3 Ct. mass to 2.0 Ct. mass in a short 7-month period, while I continue to still suffer daily with regular severe migraine headaches, numbness of the entire left side of my body, dizzy spells that cause me complete loss of my body balance and bodily weakness,

While this Mass Tumor continues to grow.

The Defendants, Warden T.J. Watson and Prison Doctor William E. Wilson show to have been deliberate indifferent to this my serious medical need, by their ignoring and refusing to provide me with adequate or effective medications with which to alleviate, treat or cure these serious ailments and they refuse and ignore the need to continue to take me to the Union Hospital for the surgery specialist to perform the essential medical examinations needed for the probable surgical removal of this now 2.0 Ct. mass tumor on the side of my head, before the tumor causes my death, and thier efforts to conceal the seriousness of this illness by thier failure and refusal to provide me a copy of the recent M.R.I. scan results, so I can send it to my family.

I, Plaintiff Danny Flores seek a Court Order which would require the defendants to send me to the Union Hospital for an adequate follow-up medical examination as needed for the probable surgical removal of this subject tumor mass by the Hospital's surgents specialist and to be provided with adequate, effective medications to alleviate the pain and suffering caused by this said illness, and I seek monetary damages for subjecting me to cruel and unusual punishment, while the defendants were deliberate indifferent to my serious medical needs, in violation of my Eighth Amend. of U.S. Constitution.                    Page 3A

C.    JURISDICTION

[X]    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                        OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$ 1,000,000.00    (One   Million  Dollars)

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

For the Court to find defendants have been deliberately indifferent
to my stated serious medical needs in violation of the Eigth Amend.
U.S. Const. and for injunctive relief to issue in the form of a court
Order directing the defendants to take me to the outside Union Hospital
to have me Medically examined by the hospital's Surgery Specialist
for the purpose of probable Surgical removal of this growing Tumor in
my head and for the defendants to provide me with copies of all M.R.I.
Scans taken concerning this Tumor mass and for the Court to Order
the defendants to pay me Compensatory Monetary Damages in the amount
of $1,000.000.00 (One Million Dollars) for my bodily pain and suffer-
ing caused to me by their deliberate indifference to this serious
medical need and any other relief to which I may be entitled under
the laws. 18 USC § 4042..

E.    JURY DEMAND

[X]    Jury Demand - I want a jury to hear my case
                        OR

[ ]    Court Trial – I want a judge to hear my case

Dated this __10__ day of _____11,_____ 20_21_ .

Respectfully Submitted,

_____
Signature of Plaintiff

__F.B.O.P. No.# 83824-083__
Plaintiff's Prisoner ID Number

__P. O. Box 33__

__Terre Haute, Indiana  47808__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[X]    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.